

# THE STATE OF TEXAS
## MANDATE

TO THE CRIMINAL DISTRICT COURT NO. 6 OF DALLAS COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 25th day of June, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Elizabeth Silva Mendoza, Appellant                    No. 06-14-00227-CR

                                v.                              Trial Court No. F13-40734-X

The State of Texas, Appellee

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting any suggestion that Elizabeth Mendoza's ten-month sentence was imposed pursuant to a plea agreement and by clarifying that she entered an open plea of true to the State's allegations supporting revocation. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Elizabeth Mendoza, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 25th day of August, A.D. 2015.

DEBRA K. AUTREY, Clerk



*Debbie Autrey*